McCALEB, J.; is of the opinion that a writ should be granted.

SUMMERS, J., is of the opinion that the facts do not warrant the application of Article 2322 of the LSA–Civil Code and a writ should be granted.

167 So.2d 665

**CONNECTICUT FIRE INSURANCE COMPANY**

**v.**

**KIMBALL MILLING COMPANY et al.**

**No. 47391.**

Oct. 7, 1964.

In re: Connecticut Fire Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Natchitoches. 164 So.2d 642.

Writ refused. The result is correct.

McCALEB, J., concurs, being of the opinion that the appeal should have been dismissed.